**FILED
DECEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Leonard Goins,<br>    Plaintiff,<br>v.<br>P.O. Corbitt,<br>    Defendant. | Case Number: **07 C 7209**<br><br>**JUDGE NORGLE<br>MAGISTRATE JUDGE BROWN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leonard Goins

**J. N.**

| |
|---|
| NAME (Type or print)<br>Ronak D. Patel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ /s/ Ronak D. Patel |
| FIRM<br>GREGORY E. KULIS & ASSOCIATES, LTD. |
| STREET ADDRESS<br>30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP<br>Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290425 | 312-580-1830 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐