**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEONARD GOINS, | ) | |
| | ) | Case No. 07 C 7209 |
| Plaintiff, | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| P.O. CORBITT, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |

**<u>Notice of Filing</u>**

To:

Gregory E. Kulis
Gregory E. Kulis & Associates
30 N. LaSalle, Suite 2140
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on February 5, 2008, the Defendant Corbett has filed his Answer, Affirmative Defenses, and Jury Demand to Plaintiff's Complaint with the United States District Court for the Northern District of Illinois, Eastern Division through its electronic filing system. A copy of that document is herewith served upon you.