UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEONARD GOINS, ) | |
| ) | Case No. 07 C 7209 |
| Plaintiff, ) | |
| v. ) | Judge Norgle |
| ) | |
| P.O. CORBITT, ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | Jury Demand |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS FIRST AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, Leonard Goins, by and through his attorneys, Gregory E. Kulis and Associates, Ltd., and asks this Honorable Court for leave to file Plaintiff's First Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a). In support of his request, Plaintiff states as follows:

1.  On December 21, 2007, Plaintiff filed his Complaint at Law against Defendant Police Officer Corbett, a police officer with the Chicago Police Department. The Complaint sets forth one count of False Arrest pursuant to 42 U.S.C. § 1983.

2.  Plaintiff's counsel recently received discovery disclosures from Defendant Corbett's attorney indicating that a second Chicago police officer, K.D. Fowler, Star #19250, was also an arresting officer of the Plaintiff on the date at issue in Plaintiff's complaint.

3.  Accordingly, Plaintiff seeks leave to file his First Amended Complaint adding Chicago police officer K.D. Fowler as a second defendant.

4.  Additionally, Plaintiff's Complaint misspelled Defendant Corbett's last name as "Corbitt" instead of "Corbett." Plaintiff seeks leave to correct the caption of this lawsuit to reflect the proper spelling.

2

5.    Plaintiff's proposed First Amended Complaint is attached as Exhibit 1.

WHEREFORE, Plaintiff Leonard Goins respectfully requests this Honorable Court to enter an order granting him leave to file Plaintiff's First Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a), and for such other relief the Court deems appropriate.

                Respectfully Submitted,

                LEONARD GOINS


                /s/ David S. Lipschultz
                Gregory E. Kulis & Assoicates, Ltd.

David S. Lipschultz
Gregory E. Kulis & Assoicates
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
312-580-1830