# EXHIBIT 1

Case 1:07-cv-07209    Document 12-2    Filed 02/25/2008    Page 1 of 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD GOINS, | ) | |
| | ) | Case No. 07 C 7209 |
| Plaintiff, | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| P.O. CORBETT and | ) | Magistrate Judge Brown |
| P.O. FOWLER, | ) | |
| | ) | |
| Defendants. | ) | Jury Demand |

### FIRST AMENDED COMPLAINT

NOW COMES the Plaintiff, LEONARD GOINS, by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, and complaining against the Defendants, P.O. CORBITT, individually, and P.O. FOWLER, individually, and as follows:

### COUNT I- FALSE ARREST

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, LEONARD GOINS, and accomplished by acts and/or omissions of the Defendants P.O. CORBETT and P.O. FOWLER, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, LEONARD GOINS, at all relevant times was a United States citizen and a resident of the State of Illinois.

4. The Defendant, P.O. CORBETT, was a duly appointed Chicago Police officer acting within his scope of employment and under color of law.

5. The Defendant, P.O. FOWLER, was a duly appointed Chicago Police officer acting within his scope of employment and under color of law.

6. On or about October 29, 2006, the Plaintiff, LEONARD GOINS, went to 817 W. Lake Street where he learned his son was under arrest.

7. The Plaintiff inquired about his son but then was asked to turn over his identification.

8. The Plaintiff saw other officers who then left with his identification.

9. The Plaintiff then went to the police station at Monroe and Lake to inquire about his son and get his identification.

10. Without any just cause, the Defendant, P.O. CORBETT, with other officers, grabbed Plaintiff, threw him to the counter and then arrested him.

11. Defendant P.O. FOWLER also arrested the Plaintiff.

12. There was no probable cause or basis to arrest the Plaintiff.

13. The Plaintiff was not committing a crime or breaking any laws.

14. At all relevant times, the Defendants were acting pursuant to customs and policies of the Chicago Police Department.

15. The actions of the Defendant were intentional, willful and with malice.

16. As a result of the arrest and the manner of the arrest, the Plaintiff had to be taken to the hospital.

17. Said actions of the Defendants, P.O. CORBETT and P.O. FOWLER, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

18.     As a direct and proximate consequence of said conduct of Defendants, P.O. CORBETT and P.O. FOWLER, the Plaintiff, LEONARD GOINS, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and monetary expenses.

WHEREFORE, the Plaintiff, LEONARD GOINS, prays for judgment in his favor and against the Defendants, P.O. CORBETT and P.O. FOWLER, in an amount in excess of THIRTY THOUSAND AND 00/100 ($30,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/1000 ($10,000.00) DOLLARS, in punitive damages, plus attorney's fees and costs.

## JURY DEMAND

The Plaintiff, LEONARD GOINS, requests a trial by jury.

Respectfully Submitted,

LEONARD GOINS

/s/ David S. Lipschultz
Gregory E. Kulis & Assoicates, Ltd.

Gregory E. Kulis & Assoicates
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
312-580-1830