UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD GOINS, | ) | |
| | ) | Case No. 07 C 7209 |
| Plaintiff, | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| P.O. CORBITT, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | Jury Demand |

**NOTICE OF MOTION**

To:   Shneur Z. Nathan
      City of Chicago Law Department
      30 N. LaSalle, Suite 1400
      Chicago, IL 60602

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Norgle on the 29th day of February, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, and then and there present the Plaintiff's Motion for Leave to File His First Amended Complaint at Law, a copy of which is attached hereto.

/s/ David S. Lipschultz_____
Gregory E. Kulis & Associates, Ltd.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 25th day of February, 2008, I, David S. Lipschultz, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

/s/ David S. Lipschultz_____
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**