## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7209 | **DATE** | 2/29/2008 |
| **CASE TITLE** | Leonard Goins vs. P. O. Corbitt | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Leave to File his First Amended Complaint [12] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|