IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEONARD GOINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 7209 |
| ) | |
| P.O. CORBETT and P.O. FOWLER, ) | Judge Norgle |
| ) | |
| Defendants. ) | Magistrate Judge Brown |
| ) | |
| ) | Jury Demand |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
David Lipschultz
Attorney for plaintiff,
Leonard Goins
Gregory E. Kulis & Associates
30 N. LaSalle St., Suite 2140
Chicago, Illinois 60602
(312) 580-1830
Attorney No. 6277910
Date: 4/ /08

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for city of Chicago

BY: _____
Shneur Nathan
Assistant Corporation Counsel
Attorney for defendants,
Kevin Fowler and Joseph Corbett
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 6294495
DATE: April 9, 2008