IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEONARD GOINS, <br><br> Plaintiff, <br><br> vs. <br><br> P.O. CORBETT and P.O. FOWLER, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No.07 C 7209 <br> ) <br> ) Judge Norgle <br> ) <br> ) Magistrate Judge Brown <br> ) <br> ) Jury Demand |

**Notice of Filing**

To:     David Lipschultz
        Gregory E. Kulis & Associates
        30 N. LaSalle, Suite 2140
        Chicago, Illinois 60602
        312-580-1830

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the parties' **Stipulation to Dismiss**, a copy of which is hereby served upon you.

**DATED** at Chicago, Illinois, April 15, 2008

                                                        Respectfully submitted,


                                                        /s/ Shneur Z. Nathan
30 North LaSalle Street, 1400                           SHNEUR Z. NATHAN
Chicago, Illinois 60602                                 Assistant Corp. Counsel
(312) 742-1842
Atty. No. 6294495