# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7209 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Leonard Goins vs. P.O. Corbett, et. al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' Stipulation to Dismiss [17], all claims of plaintiff against defendants are hereby dismissed with prejudice. IT IS SO ORDERED.

■ For further details, see separate attached order

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|