

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| LEONARD GOINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 07 C 7209 |
| P.O. CORBETT and P.O. FOWLER, | ) | Judge Norgle |
| Defendants. | ) | Magistrate Judge Brown |
| | ) | Jury Demand |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Leonard Goins, by one of his attorney, David Lipschultz, and defendants, Kevin Fowler and Joseph Corbett, by their attorney, Shneur Nathan, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Leonard Goins, against defendants, Kevin Fowler and Joseph Corbett, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the Release and Settlement Agreement.

Shneur Nathan
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 6294495

ENTER: _____
The Honorable Charles R. Norgle
United States District Judge

DATED: 4-15-08